**2009–1466. State ex rel. N. Ohio Chapter of Associated Builders & Contrs., Inc. v. Barberton City Schools Bd. of Edn.**
Summit App. No. 24898. This cause is pending before the court as a discretionary appeal. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due September 25, 2009, in compliance with the Rules of Practice of the Supreme Court and therefore

has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

# CASE ANNOUNCEMENTS

*October 20, 2009*

[Cite as *10/20/2009 Case Announcements*, 2009-Ohio-5522.]

## MOTION AND PROCEDURAL RULINGS